IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

KENNY COFFEY
ADC # 86434                                                                                                           PLAINTIFF

v.                             5:13-cv-274-DPM-JJV

GRANT HARRIS, Warden; JAMES BANKS,
Warden; MARK CASHION, Warden; KAY HOWELL,
Warden; DANNY BURL, Warden; JENKINS,
Classification Officer; CURTIS-TYLER,
Classification Officer; LISA WALKER, Classification
Officer; DAVID BREWER, Classification Officer;
VALARIE WESTBROOK, Classification Officer; and
RAY HOBBS, Director                                         DEFENDANTS

ORDER

The Court has considered Magistrate Judge Joe J. Volpe's Proposed Findings and Recommendations, № 8. Coffey has not objected. After reviewing for clear errors of fact on the face of the record, FED. R. CIV. P. 72(b) (Advisory Committee Notes to 1983 Addition), and for legal error, the Court adopts the proposal in full. Coffey's official capacity claims are dismissed with prejudice. His claims against Hobbs are dismissed without prejudice.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

*19 November 2013*