## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

**KENNY COFFEY**
**ADC # 86434**                                                      **PLAINTIFF**

**v.**                          **5:13-cv-274-DPM-JJV**

**GRANT HARRIS, Warden; JAMES BANKS,**
**Warden; MARK CASHION, Warden; KAY HOWELL,**
**Warden; DANNY BURL, Warden; JENKINS,**
**Classification Officer; CURTIS-TYLER,**
**Classification Officer; LISA WALKER, Classification**
**Officer; DAVID BREWER, Classification Officer;**
**VALARIE WESTBROOK, Classification Officer; and**
**RAY HOBBS, Director**                                **DEFENDANTS**


## ORDER

The Court vacated its earlier Order because Coffey did not have sufficient time to object. № 18. The Court has reconsidered Magistrate Judge Joe J. Volpe's Proposed Findings and Recommendations, № 8, and Coffey's extensive objections, № 31. After reviewing *de novo*, the Court adopts the proposal. FED. R. CIV. P. 72(b)(3). Coffey's official-capacity claims are dismissed with prejudice. The settled law is against any possibility of damages. His claims against Hobbs are dismissed without prejudice. The Court sees no facts alleged or argued that Hobbs had anything to do with Coffey's placement in the general population.

So Ordered.

*DPMarshall Jr.*

D.P. Marshall Jr.
United States District Judge

_14 January 2014_