IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

KENNY COFFEY,
ADC #86434                                                                PLAINTIFF

v.                          5:13-cv-274-DPM-JJV

GRANT HARRIS, Warden; JAMES BANKS,
Warden; MARK CASHION, Warden; KAY HOWELL,
Warden; DANNY BURL, Warden; JENKINS,
Classification Officer; CURTIS-TYLER,
Classification Officer; LISA WALKER, Classification
Officer; DAVID BREWER, Classification Officer; and
VALARIE WESTBROOK, Classification Officer          DEFENDANTS

### ORDER

1. The Court has received the attached letter from Coffey. The Court construes the letter as an objection to Judge Volpe's recommended partial disposition, № 46, and response to Defendants' motion for summary judgment, № 39. The Court directs the Clerk to docket the letter as both.

2. Reviewing *de novo*, the Court adopts Judge Volpe's recommendation. Coffey's motion for injunctive relief, № 42, is denied.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

17 March 2014